

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Rosaura Arreola, Individually and on Behalf of the Estate of Jason Orosco Molinar, Deceased, | § | No. 08-20-00133-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law Number 6 |
| v. | § | of El Paso County, Texas |
| Union Pacific Railroad, Herbert Diaz and Bert Fredrick Harkness, | § | (TC# 2016DCV3664) |
| | § | |
| Appellees. | | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **September 20, 2021**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Craig T. Enoch, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before September 20, 2021.

IT IS SO ORDERED this 27th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.